# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-808
_____

NAKESHIA HENDERSON,

Appellant,

v.

WILBUR HENDERSON,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford.

March 27, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

R. Stan Peeler of Peeler Law Firm, PLLC, Pensacola, for Appellant.

Mark A. Bednar, Pensacola, for Appellee.